UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT TASSIN (#117747)        CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.           NO. 15-0570-BAJ-SCR

RULING

On September 29, 2015, the Court entered an Order, granting plaintiff *in forma pauperis* status in this case and directing plaintiff to pay to the Clerk of Court, within twenty-one (21) days, an initial partial filing fee in the amount of $ 13.65, "or this action shall be dismissed." R. Doc. 6. The Court's Order specifically advised plaintiff that it was his responsibility to pay the initial partial filing fee and that the prison would **NOT** forward payment of the initial partial filing fee without plaintiff's written authorization. *Id.*

A review of the record by the Court now reflects that, despite notice and an opportunity to appear, the plaintiff has failed to pay the initial partial filing fee ordered by the Court within the time allowed. Accordingly, this matter shall be dismissed, without prejudice.

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED**, without prejudice, for failure of plaintiff to pay the initial partial filing fee ordered by the Court. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this _10th_ day of November, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT